**No. 43270.**—Protest 986337–G of Patrick O'Connor (New York).

Opinion by CLINE, J. It was stipulated that the sculpture was imported for the personal use of the importer and not for sale. On the authority of Abstracts 42610 and 42643 the protest was sustained.